2018 AUG 30  PM 4: 23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

FILED

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

February 2018 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>            v.<br><br>ORIYOMI SADIQ ALOBA,<br>    aka "D Rwal Me Dontry,"<br>    aka "davisdan0007,"<br>VICTOR ADEDAMOLA,<br>    aka "Legendowski,"<br>RIDWAN ALAGBADA,<br>    aka "Mr. Hottie Hottie,"<br>FNU LNU,<br>    aka "Ionicle,"<br>ROBERT CHARLES NICHOLSON, III,<br>    aka "Million$Menace,"<br><br>            Defendants. | CR No. 18-0083(A)-RGK<br><br>F I R S T<br>S U P E R S E D I N G<br>I N D I C T M E N T<br><br>[18 U.S.C. § 1349: Conspiracy to Commit Wire Fraud and Attempted Wire Fraud; 18 U.S.C. § 1343: Wire Fraud; 18 U.S.C. § 1030(a)(2)(C), (c)(2)(B)(i), (ii): Unauthorized Access to a Protected Computer to Obtain Information; 18 U.S.C. § 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I): Unauthorized Impairment of a Protected Computer; 18 U.S.C. § 1028A: Aggravated Identity Theft; 18 U.S.C. § 2(a): Aiding and Abetting] |

        The Grand Jury charges:

                 INTRODUCTORY ALLEGATIONS AND DEFINITIONS

        1.    Phishing is the fraudulent practice of sending emails

purporting to be from a reputable or familiar source, such as a

financial institution, social media company, or internet service

1  provider, to victims in order to induce the victims to reveal
2  sensitive information, such as: names, addresses, Social Security
3  numbers, dates of birth, and mothers' maiden names (collectively,
4  "PII"); email usernames and passwords (collectively, "email
5  credentials"); and credit and debit card information, including
6  account numbers, expiration dates, credit verification values, and
7  online account login and password information (collectively, "credit
8  card information").  In a typical phishing scheme, the phishing email
9  contains a link to a website that purports to be a legitimate
10 business website but is, in fact, operated by a computer attacker.
11 The website prompts the victim to enter his or her PII, email
12 credentials, and/or credit card information, which is then collected
13 and delivered to an email account belonging to the computer attacker
14 ("harvester email account").

15     2.   A phishing kit is a collection of software tools designed
16 to enable phishing attacks.  Phishing kits typically include website
17 development software that can be used to create phishing websites and
18 spamming software that allows users to automate the process of mass
19 mailing phishing emails.  The email address for the harvester email
20 account is usually encoded in the software that creates the phishing
21 website so that the stolen PII, email credentials, and credit card
22 information is automatically delivered to the harvester email account
23 every time a victim inputs that information into the phishing
24 website.

25     3.   Mobile payment and digital wallet services ("digital
26 wallets") allow users to make credit and debit card purchases at
27 certain retail stores using a smartphone rather than a physical card.
28 To use a digital wallet, a user must do the following:

1    a. First, the user enters certain credit card information
2 into a digital wallet application, such as Apple Pay or Android Pay.

3    b. Then, in a process referred to as dual-factor or two-
4 factor identification, the application offers the user multiple
5 options for receiving a verification code with which the application
6 confirms that the user is the true account holder.  Verification code
7 delivery options typically include: (1) sending an email to the
8 account holder's email account; (2) sending a text message to the
9 account holder's cell phone; or (3) making a call to the account
10 holder's phone number.

11    c. Once in possession of the verification code, the user
12 inputs it into the digital wallet application.  Once the code has
13 been accepted, the user can make purchases with his or her
14 smartphone.

15   4. At all times relevant to this indictment:

16    a. Realmangreat@gmail.com (the "Realmangreat Account")
17 and yalobaz@yahoo.com (the "Yalobaz Account") were email accounts
18 belonging to defendant ORIYOMI SADIQ ALOBA, also known as ("aka") "D
19 Rwal Me Dontry," aka "davisdan0007" ("ALOBA").

20    b. Microsoft Corporation ("Microsoft"), located in
21 Redmond, Washington, operated computers used by subscribers all over
22 the world in interstate and foreign commerce and communications.  One
23 of the services that Microsoft provided to its customers was Office
24 365, an internet- or "cloud"-based computing system in which customer
25 computing, software, and data storage (including email data) were
26 located and managed remotely on servers owned by Microsoft.

27    c. The Los Angeles Superior Court ("LASC"), located in
28 Los Angeles County, within the Central District of California, used

1  Office 365 to host its employee email accounts, which have the domain
2  "lacourt.org."  LASC employees accessed their email accounts using
3  unique usernames and passwords.

4       d.   Victims M.P., R.H., R.I., M.C., and P.N. were LASC
5  employees.

6       e.   Emails sent from LASC employee email accounts were
7  transmitted through Microsoft servers located in California, Iowa,
8  Virginia, Washington, and Wyoming, among other locations.

9       f.   American Express processed all credit card charges
10 made in the western United States by wire through a server in
11 Phoenix, Arizona.

12      g.   Bank of America, N.A. ("Bank of America") processed
13 all credit card charges by wire through a server in Richardson,
14 Texas.

15
16
17
18
19
20
21
22
23
24
25
26
27
28

COUNT ONE

[18 U.S.C. § 1349]

5.     The Grand Jury realleges and incorporates herein by reference the Introductory Allegations and Definitions of this First Superseding Indictment, as though fully set forth herein.

I.   OBJECTS OF THE CONSPIRACY

6.     Beginning on a date unknown to the Grand Jury and continuing until on or about August 1, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ALOBA, VICTOR ADEDAMOLA, aka "Legendowski" ("ADEDAMOLA"), RIDWAN ALAGBADA, aka "Mr. Hottie Hottie" ("ALAGBADA"), First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "Ionicle" ("Ionicle"), and ROBERT CHARLES NICHOLSON, III, aka "Million$Menace" ("NICHOLSON"), together with others known and unknown to the Grand Jury, knowingly combined, conspired, and agreed with each other to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

II.   THE MANNER AND MEANS OF THE CONSPIRACY

7.     The object of the conspiracy was carried out, and was to be carried out, in substance, as follows:

a.     Defendants ADEDAMOLA, ALAGBADA, and Ionicle would make and obtain phishing kits.  In particular:

i.     Defendant ADEDAMOLA made and obtained a phishing kit (the "Office 365 phishing kit") designed to create a phishing website (the "Office 365 phishing website") that purported to be a website for Office 365 but was, in fact, a fraudulent website designed to collect victim email credentials and deliver them to the Realmangreat Account.  The Office 365 phishing kit was also designed to send copies of an email (the "Office 365 phishing email") to

5

victims that purported to be a communication from Microsoft but was,
in fact, a fraudulent email intended to lure victims to the Office
365 phishing website.

ii.   Defendant ALAGBADA made and obtained a phishing
kit (the "Dropbox phishing kit") designed to create a phishing
website (the "Dropbox phishing website") that purported to be a
website for Dropbox Business but was, in fact, a fraudulent website
designed to collect victim email credentials and deliver them to the
Realmangreat Account.   The Dropbox phishing kit was also designed to
send copies of an email (the "Dropbox phishing email") to victims
that purported to be a communication from Dropbox Business but that
was, in fact, a fraudulent email intended to lure victims to the
Dropbox phishing website.

iii. Defendant Ionicle made a phishing kit (the
"American Express phishing kit") designed to create a phishing
website (the "American Express phishing website") that purported to
be a website for American Express but that was, in fact, a fraudulent
website designed to collect victim email credentials and deliver them
to the Realmangreat Account.   The American Express phishing kit was
also designed to send copies of an email (the "American Express
phishing email") to victims that purported to be a communication from
American Express but that was, in fact, a fraudulent email intended
to lure victims to the American Express phishing website.

b.   Defendants ADEDAMOLA, ALAGBADA, and Ionicle would
provide phishing kits to defendant ALOBA.

c.   Defendants ADEDAMOLA, ALAGBADA, and Ionicle would help
defendant ALOBA use the phishing kits to obtain victim PII, email

1  credentials, and credit card information and deliver it to the

2  Realmangreat Account.

3           d.    Defendant ALOBA would possess stolen victim PII, email

4  credentials, and credit card information in the Realmangreat Account.

5           e.    Defendant ALOBA would use stolen email credentials

6  obtained by phishing to log into victim email accounts without

7  authorization in order to:

8                   i.    send phishing emails and test emails to himself

9  at the Yalobaz Account to test his access to the victims' email

10  accounts; and

11                   ii.    send phishing emails to other victims.

12           f.    Defendant ALOBA would provide defendant NICHOLSON, and

13  others known and unknown to the Grand Jury, with victim PII and

14  credit card information obtained by phishing.

15           g.    Defendants ALOBA and NICHOLSON would add victim credit

16  card information to digital wallets without authorization, as

17  follows:

18                   i.    Defendant NICHOLSON would input the victim credit

19  card information into a digital wallet application;

20                   ii.    At defendant ALOBA's direction, defendant

21  NICHOLSON would select the option to receive the verification code by

22  email;

23                   iii. Defendant ALOBA would log into the victim email

24  account without authorization, obtain the verification code, and

25  provide it to defendant NICHOLSON; and

26                   iv.    Defendant NICHOLSON would input the verification

27  code into the digital wallet application.

28

1    h.    Defendant NICHOLSON would use and attempt to use the

2  digital wallet containing victims' credit card information to

3  purchase and attempt to purchase goods at retail stores that he would

4  later sell and remit a portion of the proceeds to defendant ALOBA.

5  III.   OVERT ACTS

6        8.    In furtherance of the conspiracy and to accomplish its

7  objects, defendants ALOBA, ADEDAMOLA, ALAGBADA, Ionicle, and

8  NICHOLSON, together with other co-conspirators known and unknown to

9  the Grand Jury, on or about the dates set forth below, committed and

10 willfully caused others to commit the following overt acts, among

11 others, within the Central District of California and elsewhere:

12 A.   **April 30, 2017 – Unauthorized Use of Victim M.M.'s American**

13      **Express Credit Card (Defendants ALOBA and NICHOLSON)**

14      Overt Act No. 1:    On or about April 30, 2017, by instant

15 message, defendant NICHOLSON told defendant ALOBA that he was in

16 California and "ready to go."

17      Overt Act No. 2:    On or about April 30, 2017, by instant

18 message, defendant ALOBA told defendant NICHOLSON that he had a

19 credit card for defendant NICHOLSON to add to his digital wallet.

20      Overt Act No. 3:    On or about April 30, 2017, by instant

21 message, defendant ALOBA provided defendant NICHOLSON with victim

22 M.M.'s name and address, and credit card information for M.M.'s

23 American Express credit card ending in 6000 (the "M.M. American

24 Express card").

25      Overt Act No. 4:    On or about April 30, 2017, by instant

26 message, defendant NICHOLSON sent defendant ALOBA a photo of a

27 Samsung phone on whose screen was displayed options for receiving a

28 digital wallet verification code.

1        Overt Act No. 5:    On or about April 30, 2017, by instant

2    message, defendant ALOBA told defendant NICHOLSON to choose the email

3    option.

4        Overt Act No. 6:    On or about April 30, 2017, by instant

5    message, defendant ALOBA told defendant NICHOLSON that he had not

6    received the verification code and told defendant NICHOLSON to use a

7    different phone.

8        Overt Act No. 7:    On or about April 30, 2017, by instant

9    message, defendant NICHOLSON told defendant ALOBA that he had a new

10   phone.

11       Overt Act No. 8:    On or about April 30, 2017, by instant

12   message, defendant ALOBA sent defendant NICHOLSON a verification

13   code.

14       Overt Act No. 9:    On or about April 30, 2017, by instant

15   message, defendant NICHOLSON told defendant ALOBA that he was going

16   to try to buy two iPhones at Best Buy for $1,900.

17       Overt Act No. 10:    On or about April 30, 2017, by instant

18   message, defendant NICHOLSON told defendant ALOBA that the purchase

19   was declined.

20       Overt Act No. 11:    On or about April 30, 2017, by instant

21   message, defendant ALOBA told defendant NICHOLSON that a $2,000

22   purchase was now pre-authorized.

23       Overt Act No. 12:    On or about April 30, 2017, by instant

24   message, defendant NICHOLSON told defendant ALOBA that the purchase

25   of the iPhones was declined again.

26       Overt Act No. 13:    On or about April 30, 2017, defendant ALOBA

27   called American Express about the M.M. American Express card.

28

1        Overt Act No. 14:   On or about April 30, 2017, at a GameStop in

2    La Verne, California, defendant NICHOLSON used the M.M. American

3    Express card to purchase video game consoles, gift cards, and other

4    items collectively worth approximately $2,045.

5        Overt Act No. 15:   On or about April 30, 2017, by instant

6    message, defendant NICHOLSON confirmed to defendant ALOBA that the

7    M.M. American Express card worked for three transactions for $698,

8    $784, and $562.

9        Overt Act No. 16:   On or about April 30, 2017, by instant

10   message, defendant NICHOLSON asked defendant ALOBA for his Bitcoin

11   address so that he could pay defendant ALOBA his share of the

12   proceeds.

13   **B.   May 4, 2017 Attempted Use of Victim G.F.'s Bank of America**

14         **Credit Card (Defendants ALOBA and NICHOLSON)**

15       Overt Act No. 17:   On or about May 4, 2017, defendant ALOBA

16   received three emails in the Realmangreat Account from a phishing

17   website containing victim G.F.'s PII, email credentials, and credit

18   card information for G.F.'s Bank of America credit card ending in

19   4827 (the "G.F. Bank of America card").

20       Overt Act No. 18:   On or about May 4, 2017, by instant message,

21   defendant ALOBA told defendant NICHOLSON that he had new victim

22   credit card information and asked if NICHOLSON was ready to use it.

23       Overt Act No. 19:   On or about May 4, 2017, by instant message,

24   defendant ALOBA sent defendant NICHOLSON victim G.F.'s PII and the

25   G.F. Bank of America card information.

26       Overt Act No. 20:   On or about May 4, 2017, by instant message,

27   defendant NICHOLSON sent defendant ALOBA a photo of a Samsung phone

28

1  on whose screen was displayed options for receiving a digital wallet
2  verification code.

3      Overt Act No. 21:   On or about May 4, 2017, by instant message,
4  defendant ALOBA told defendant NICHOLSON to choose the email option.

5      Overt Act No. 22:   On or about May 4, 2017, by instant message,
6  defendant ALOBA sent defendant NICHOLSON a verification code.

7      Overt Act No. 23:   On or about May 4, 2017, at a Macy's in
8  Topanga Canyon, defendant NICHOLSON made three attempts to purchase
9  items collectively worth approximately $1,735.

10     Overt Act No. 24:   On or about May 4, 2017, by instant message,
11 defendant NICHOLSON told defendant ALOBA that the Macy's purchase was
12 declined and asked defendant ALOBA to contact the bank.

13     Overt Act No. 25:   On or about May 4, 2017, by instant message,
14 defendant ALOBA told defendant NICHOLSON that the G.F. Bank of
15 America card was "good" and that he was on the phone with Bank of
16 America confirming the available balance on the G.F. Bank of America
17 card.

18     Overt Act No. 26:   On or about May 4, 2017, by instant message,
19 defendant NICHOLSON sent defendant ALOBA a photo of a phone on whose
20 screen was displayed account information for the G.F. Bank of America
21 card showing that a charge for approximately $1,735 had been declined
22 three times.

23     Overt Act No. 27:   On or about May 4, 2017, by instant message,
24 defendant ALOBA told defendant NICHOLSON that he had called the bank
25 and learned that the G.F. Bank of America card was no longer working.

26
27
28

C.   **May 31, 2017 Office 365 Phishing Email to Victim M.P.**
     **(Defendants ALOBA and ADEDAMOLA)**

     Overt Act No. 28:   On an unknown date, defendant ALOBA obtained the email credentials for victim K's email account, [victimK]@cox.net.

     Overt Act No. 29:   On or about May 22, 2017, using victim K's email credentials, defendant ALOBA logged into the [victimK]@cox.net email account without authorization and sent a test email to himself at the Yalobaz Account.

     Overt Act No. 30:   On or about May 30, 2017, by instant message, defendant ALOBA asked defendant ADEDAMOLA to send him the Office 365 phishing kit.

     Overt Act No. 31:   On or about May 30, 2017, by instant message, defendant ADEDAMOLA sent defendant ALOBA the Office 365 phishing kit that defendant ADEDAMOLA had encrypted to avoid detection, and advised defendant ALOBA how to use it.

     Overt Act No. 32:   On or about May 31, 2017, using victim K's email credentials, defendant ALOBA logged into the [victimK]@cox.net email account without authorization and sent the Office 365 phishing email to victim M.P. at her LASC email address.

     Overt Act No. 33:   On or about May 31, 2017, by instant message, defendant ALOBA confirmed to defendant ADEDAMOLA that defendant ALOBA was able to send out 8,000 Office 365 phishing emails.

     Overt Act No. 34:   On or about May 31, 2017, by instant message, defendant ALOBA sent victim M.P.'s LASC email credentials to defendant ADEDAMOLA.

D.   **July 21, 2017 Distribution of the Dropbox Phishing Email**
    **(Defendants ALOBA and ALAGBADA)**

Overt Act No. 35:   On or about July 20, 2017, by instant message, defendant ALAGBADA sent defendant ALOBA a screenshot of a harvester email account for the Dropbox phishing kit.

Overt Act No. 36:   On or about July 20, 2017, by instant message, defendant ALOBA asked defendant ALAGBADA to send the content of the Dropbox phishing email to the Realmangreat and the Yalobaz Accounts.

Overt Act No. 37:   On or about July 21, 2017, by instant message, defendant ALAGBADA sent defendant ALOBA the Dropbox phishing kit.

Overt Act No. 38:   On or about July 21, 2017, by instant message, defendant ALAGBADA explained to defendant ALOBA how to access a user's contacts in Office 365.

Overt Act No. 39:   On or about July 21, 2017, using victim M.P.'s LASC email credentials, defendant ALOBA logged into the [victimMP]@lacourts.org email account without authorization.

Overt Act No. 40:   On or about July 21, 2017, by instant message, defendant ALOBA told defendant ALAGBADA that defendant ALOBA had accessed a victim's contacts and was going to send phishing emails from the victim's mailbox.

Overt Act No. 41:   On or about July 21, 2017, without authorization, defendant ALOBA sent the Dropbox phishing email from [victimMP]@lacourt.org to approximately 550 LASC employees.

E.    **July 24 to 26, 2017 Distribution of the American Express Phishing Email (Defendants ALOBA and IONICLE)**

Overt Act No. 42:   On or about July 20, 2017, by instant message, defendant Ionicle sent defendant ALOBA a zip file named "All_Pages.zip" that contained approximately 17 phishing kits, including the American Express phishing kit.

Overt Act No. 43:   On or about July 21, 2017, in the Realmangreat Account, defendant ALOBA possessed the LASC email credentials of approximately 127 LASC employees that had been harvested from the Dropbox phishing website, including victims R.H., R.I., P.N., and M.C.

Overt Act No. 44:   On or about July 24, 2017, using victim R.H.'s LASC email credentials, defendant ALOBA logged into the [victimRH]@lacourts.org email account without authorization.

Overt Act No. 45:   On or about July 24, 2017, without authorization, defendant ALOBA sent the American Express phishing email from [victimRH]@lacourts.org to [victimRF]@uml.edu.

Overt Act No. 46:   On or about July 24, 2017, without authorization, defendant ALOBA sent the American Express phishing email from [victimRH]@lacourts.org to [victimG]@webstationinc.com.

Overt Act No. 47:   On or about July 24, 2017, without authorization, defendant ALOBA sent the American Express phishing email from [victimRH]@lacourts.org to [victimGI]@lgsinnovations.com.

Overt Act No. 48:   On or about July 24, 2017, using victim R.I.'s LASC email credentials, defendant ALOBA logged into the [victimRI]@lacourts.org email account without authorization.

1       Overt Act No. 49:   On or about July 25, 2017, without

2   authorization, defendant ALOBA sent a test email from

3   [victimRI]@lacourts.org to himself at the Yalobaz Account.

4       Overt Act No. 50:   On or about July 25, 2017, without

5   authorization, defendant ALOBA sent the American Express phishing

6   email from [victimRI]@lacourts.org to himself at the Yalobaz Account.

7       Overt Act No. 51:   On or about July 25, 2017, without

8   authorization, defendant ALOBA sent the American Express phishing

9   email from [victimRI]@lacourts.org to [victimAB]@columbia.edu.

10       Overt Act No. 52:   On or about July 25, 2017, without

11   authorization, defendant ALOBA sent the American Express phishing

12   email from [victimRI]@lacourts.org to [victimAC]@co.collins.tx.us.

13       Overt Act No. 53:   On or about July 25, 2017, without

14   authorization, defendant ALOBA sent the American Express phishing

15   email from [victimRI]@lacourts.org to [victimA]@etonbio.com.

16       Overt Act No. 54:   On or about July 25, 2017, without

17   authorization, defendant ALOBA sent the American Express phishing

18   email from [victimRI]@lacourts.org to [victimE]@yahoo.com

19       Overt Act No. 55:   On or about July 24, 2017, using victim

20   P.N.'s LASC email credentials, defendant ALOBA logged into the

21   [victimPN]@lacourts.org email account without authorization.

22       Overt Act No. 56:   On or about July 26, 2017, without

23   authorization, defendant ALOBA sent a test email from

24   [victimPN]@lacourts.org to himself at the Yalobaz Account.

25       Overt Act No. 57:   On or about July 24, 2017, using victim

26   M.C.'s LASC email credentials, defendant ALOBA logged into the

27   [victimMC]@lacourts.org email account without authorization.

28

1   Overt Act No. 58: On or about July 26, 2017, without

2 authorization, defendant ALOBA sent a test email from

3 [victimMC]@lacourts.org to himself at the Yalobaz Account.

4   Overt Act No. 59: On or about July 30, 2017, by instant

5 message, defendant Ionicle demanded payment from defendant ALOBA for

6 the 17 phishing kits in the "All_Pages" file.

7   Overt Act No. 60: On or about August 1, 2017, defendant ALOBA

8 paid defendant Ionicle in Bitcoin for the 17 phishing kits.

COUNTS TWO THROUGH SEVENTEEN

[18 U.S.C. §§ 1349, 1343; 2(a)]

9.    The Grand Jury repeats, re-alleges, and incorporates by reference the allegations set forth in paragraphs 1-4 and 7 of this First Superseding Indictment as if fully set forth herein.

I.   SCHEME TO DEFRAUD

10.    Beginning on a date unknown to the Grand Jury and continuing until on or about August 1, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ALOBA, ADEDAMOLA, ALAGBADA, "Ionicle," and NICHOLSON, together with others known and unknown to the Grand Jury, each aiding and abetting the other, knowingly and with intent to defraud, devised, participated in, and executed and attempted to execute a scheme to defraud victims as to material matters, and to obtain money and property from such victims by means of material false and fraudulent pretenses, representations, and promises, and the concealment of material facts.

11.    The fraudulent scheme was operated and was carried out, in substance, as set forth in paragraph 7 of this First Superseding Indictment.

II.   USE OF THE WIRES

12.    On or about the following dates, within the Central District of California and elsewhere, defendants ALOBA, ALAGBADA, ADEDAMOLA, Ionicle, and NICHOLSON, and others known and unknown to the Grand Jury, for the purpose of executing and attempting to execute the above-described scheme to defraud, transmitted and caused the transmission of the following items by means of wire communication in interstate and foreign commerce:

| COUNT | DATE | DEFENDANTS | ITEM WIRED |
|---|---|---|---|
| TWO | 4/30/17 | ALOBA NICHOLSON | $734.99 charge on victim M.M.'s American Express card ending in 6000 |
| THREE | 4/30/17 | ALOBA NICHOLSON | $561.50 charge on victim M.M.'s American Express card ending in 6000 |
| FOUR | 4/30/17 | ALOBA NICHOLSON | $698.46 charge on victim M.M.'s American Express card ending in 6000 |
| FIVE | 5/4/17 | ALOBA NICHOLSON | Attempted $1,735.65 charge on victim G.F.'s Bank of America card ending in 4827 |
| SIX | 7/21/2017 | ALOBA ADEDAMOLA ALAGBADA | Email from [VictimMP]@lacourts.org to [VictimRG]@lacourts.org |
| SEVEN | 7/24/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRH]@lacourts.org to [victimRF]@uml.edu |
| EIGHT | 7/24/2017 | ALOBA ALAGBADA Ioncile | Email from [victimRH]@lacourts.org to [victimG]@webstationinc.com |
| NINE | 7/24/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRH]@lacourts.org to [victimGI]@lgsinnovations.com |
| TEN | 7/25/2017 | ALOBA ALAGBADA | Email from [victimRI]@lacourts.org to yalobaz@yahoo.com |
| ELEVEN | 7/25/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRI]@lacourts.org to yalobaz@yahoo.com |
| TWELVE | 7/25/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRI]@lacourts.org to [victimAB]@columbia.edu |
| THIRTEEN | 7/25/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRI]@lacourts.org to [victimAC]@co.collins.tx.us |

| FOURTEEN | 7/25/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRI]@lacourts.org to [victimA]@etonbio.com |
| FIFTEEN | 7/25/2017 | ALOBA ALAGBADA Ionicle | Email from [victimRI]@lacourts.org to [victimE]@yahoo.com |
| SIXTEEN | 7/26/2017 | ALOBA ALAGBADA | Email from [victimPN]@lacourts.org to yalobaz@yahoo.com |
| SEVENTEEN | 7/26/2017 | ALOBA ALAGBADA | Email from [victimMC]@lacourts.org to yalobaz@yahoo.com |

COUNT EIGHTEEN

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I); 2(a)]

On or about July 21, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ORIYOMI SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka "davisdan007," VICTOR ADEDAMOLA, aka "Legendowski," and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie," each aiding and abetting the other, knowingly caused the transmission of a program, information, code, and command, and as a result of such conduct, intentionally and without authorization caused damage by impairing the integrity and availability of data, a program, a system, and information on a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), that is, the email server(s) of Microsoft Corporation ("Microsoft") hosting the Los Angeles Superior Court email account of victim M.P., thereby causing a loss to Microsoft's email client, the Los Angeles Superior Court, aggregating at least $5,000 in value during a one-year period beginning on or about July 21, 2017.

1

COUNT NINETEEN

2

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), (ii); 2(a)]

3        On or about July 21, 2017, in Los Angeles County, within the

4  Central District of California, and elsewhere, defendant ORIYOMI

5  SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka

6  "davisdan007," and VICTOR ADEDAMOLA, aka "Legendowski," each aiding

7  and abetting the other, intentionally accessed without authorization

8  and in excess of authorization a computer, and thereby obtained

9  information, namely, the contents of, level of access to, and

10 security features associated with the Los Angeles Superior Court

11 email account of victim M.P., from a protected computer, as that term

12 is defined in Title 18, United States Code, Section 1030(e)(2)(B),

13 that is, from the email server(s) of Microsoft Corporation, for the

14 purpose of private financial gain and in furtherance of a criminal

15 act, to wit, Wire Fraud, in violation of Title 18, United States

16 Code, Section 1343, and Possession of 15 or More Unauthorized Access

17 Devices, in violation of Title 18, United States Code, Section

18 1029(a)(3).

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), (ii); 2(a)]

On or about July 24, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ORIYOMI SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka "davisdan007," and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie," each aiding and abetting the other, intentionally accessed without authorization and in excess of authorization a computer, and thereby obtained information, namely, the contents of, level of access to, and security features associated with the Los Angeles Superior Court email account of victim R.H., from a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), that is, from the email server(s) of Microsoft Corporation, for the purpose of private financial gain and in furtherance of a criminal act, to wit, Wire Fraud, in violation of Title 18, United States Code, Section 1343, and Possession of 15 or More Unauthorized Access Devices, in violation of Title 18, United States Code, Section 1029(a)(3).

COUNT TWENTY-ONE

[18 U.S.C. §§ 1030(a)(5)(A), (c)(4)(B)(i), (c)(4)(A)(i)(I); 2(a)]

On or about July 25, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ORIYOMI SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka "davisdan007," RIDWAN ALAGBADA, aka "Mr. Hottie Hottie," and First Name Unknown ("FNU") Last Name Unknown ("LNU"), aka "Ionicle" ("Ionicle"), each aiding and abetting the other, knowingly caused the transmission of a program, information, code, and command, and as a result of such conduct, intentionally and without authorization caused damage by impairing the integrity and availability of data, a program, a system, and information on a protected computer, as that term is defined in Title 18, United States Code, Section 1030(e)(2)(B), that is, the email server(s) of Microsoft Corporation ("Microsoft") hosting the Los Angeles Superior Court email account of victim R.I., thereby causing a loss to Microsoft's email client, the Los Angeles Superior Court, aggregating at least $5,000 in value during a one-year period beginning on or about July 25, 2017.

1

## COUNT TWENTY-TWO

2

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), (ii); 2(a)]

3   On or about July 25, 2017, in Los Angeles County, within the

4   Central District of California, and elsewhere, defendant ORIYOMI

5   SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka

6   "davisdan007," and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie," each

7   aiding and abetting the other, intentionally accessed without

8   authorization and in excess of authorization a computer, and thereby

9   obtained information, namely, the contents of, level of access to,

10   and security features associated with the Los Angeles Superior Court

11   email account of victim R.I., from a protected computer, as that term

12   is defined in Title 18, United States Code, Section 1030(e)(2)(B),

13   that is, from the email server(s) of Microsoft Corporation, for the

14   purpose of private financial gain and in furtherance of a criminal

15   act, to wit, Wire Fraud, in violation of Title 18, United States

16   Code, Section 1343, and Possession of 15 or More Unauthorized Access

17   Devices, in violation of Title 18, United States Code, Section

18   1029(a)(3).

19

20

21

22

23

24

25

26

27

28

1

COUNT TWENTY-THREE

2

[18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), (ii); 2(a)]

3      On or about July 26, 2017, in Los Angeles County, within the

4  Central District of California, and elsewhere, defendant ORIYOMI

5  SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka

6  "davisdan007," and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie," each

7  aiding and abetting the other, intentionally accessed without

8  authorization and in excess of authorization a computer, and thereby

9  obtained information, namely, the contents of, level of access to,

10  and security features associated with the Los Angeles Superior Court

11  email account of victim P.N., from a protected computer, as that term

12  is defined in Title 18, United States Code, Section 1030(e)(2)(B),

13  that is, from the email server(s) of Microsoft Corporation, for the

14  purpose of private financial gain and in furtherance of a criminal

15  act, to wit, Wire Fraud, in violation of Title 18, United States

16  Code, Section 1343, and Possession of 15 or More Unauthorized Access

17  Devices, in violation of Title 18, United States Code, Section

18  1029(a)(3).

19

20

21

22

23

24

25

26

27

28

1                    COUNT TWENTY-FOUR

2          [18 U.S.C. §§ 1030(a)(2)(C), (c)(2)(B)(i), (ii); 2(a)]

3          On or about July 26, 2017, in Los Angeles County, within the

4     Central District of California, and elsewhere, defendant ORIYOMI

5     SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka

6     "davisdan007," and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie," each

7     aiding and abetting the other, intentionally accessed without

8     authorization and in excess of authorization a computer, and thereby

9     obtained information, namely, the contents of, level of access to,

10    and security features associated with the Los Angeles Superior Court

11    email account of victim M.C., from a protected computer, as that term

12    is defined in Title 18, United States Code, Section 1030(e)(2)(B),

13    that is, from the email server(s) of Microsoft Corporation, for the

14    purpose of private financial gain and in furtherance of a criminal

15    act, to wit, Wire Fraud, in violation of Title 18, United States

16    Code, Section 1343, and Possession of 15 or More Unauthorized Access

17    Devices, in violation of Title 18, United States Code, Section

18    1029(a)(3).

19

20

21

22

23

24

25

26

27

28

COUNT TWENTY-FIVE

[18 U.S.C. §§ 1028A(a)(1); 2(a)]

On or about May 4, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendants ORIYOMI SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka "davisdan007" ("ALOBA"), and ROBERT NICHOLSON, aka "Million$Menace" ("NICHOLSON"), each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that defendants ALOBA and NICHOLSON knew belonged to other persons, that is, the name, email username and password of victim G.F., during and in relation to the offense of Attempted Wire Fraud, a felony violation of Title 18, United States Code, Section 1349, as charged in Count Five of this First Superseding Indictment.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

### COUNT TWENTY-SIX

[18 U.S.C. §§ 1028A(a)(1); 2(a)]

On or about July 21, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ORIYOMI SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka "davisdan007" ("ALOBA"), VICTOR ADEDAMOLA, aka "Legendowski" ("ADEDAMOLA"), and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie" ("ALAGBADA"), each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that defendants ALOBA, ADEDALOMA, and ALAGBADA knew belonged to another person, that is, the name, email username and password of victim M.P., during and in relation to the offense of Wire Fraud, a felony violation of Title 18, United States Code, Section 1343, as charged in Count Six of this First Superseding Indictment.

COUNT TWENTY-SEVEN

[18 U.S.C. §§ 1028A(a)(1); 2(a)]

On or about July 24, 2017, in Los Angeles County, within the Central District of California, and elsewhere, defendant ORIYOMI SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka "davisdan007" ("ALOBA"), and RIDWAN ALAGBADA, aka "Mr. Hottie Hottie" ("ALAGBADA"), each aiding and abetting the other, knowingly possessed and used, without lawful authority, a means of identification that defendants ALOBA and ALAGBADA knew belonged to another person, that is, the email username and password of victim R.H., during and in relation to the offense of Unauthorized Access to a Protected Computer to Obtain Information, a felony violation of Title 18, United States Code, Section 1030(a)(2)(C), (c)(2)(B)(i), (ii), as charged in Count Twenty of this First Superseding Indictment.

1                              COUNT TWENTY-EIGHT

2                          [18 U.S.C. §§ 1028A(a)(1); 2(a)]

3          On or about July 25, 2017, in Los Angeles County, within the

4    Central District of California, and elsewhere, defendant ORIYOMI

5    SADIQ ALOBA, also known as ("aka") "D Rwal Me Dontry," aka

6    "davisdan007" ("ALOBA"), RIDWAN ALAGBADA, aka "Mr. Hottie Hottie"

7    ("ALAGBADA"), and First Name Unknown ("FNU") Last Name Unknown

8    "(LNU"), aka "Ionicle" ("Ionicle"), each aiding and abetting the

9    other, knowingly possessed and used, without lawful authority, a

10   means of identification that defendants ALOBA, ALAGBADA, and

11   "Ionicle" knew belonged to another person, that is, the email

12   username and password of victim R.I., during and in relation to the

13   //

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1 | offense of Unauthorized Impairment of a Protected Computer, a felony

2 | violation of Title 18, United States Code, Section 1030(a)(5)(A),

3 | (c)(4)(B)(i),(c)(4)(A)(i)(I), as charged in Count Twenty-One of this

4 | First Superseding Indictment.

5

6 |                                    A TRUE BILL

7

8 |                              _____/S/_____

9 |                              Foreperson

10 | NICOLA T. HANNA
   | United States Attorney
11

12 |

13 | PATRICK R. FITZGERALD
   | Assistant United States Attorney
14 | Chief, National Security Division

15 | RYAN WHITE
   | Assistant United States Attorney
16 | Chief, Cyber & Intellectual Property
17 |   Crimes Section

18 | JENNIE L. WANG
   | Assistant United States Attorney
19 | Deputy Chief, Cyber & Intellectual
20 |   Property Crimes Section

21 | ROBYN K. BACON
   | Assistant United States Attorney
22 | Cyber & Intellectual Property Crimes
   |   Section

23

24

25

26

27

28